# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CARLSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GC SERVICES, Limited Partnership,<br><br>　　　　Defendant. | Case No. 2:18-cv-00705- TLN-AC |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Shannon Carlsen and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant GC Services Limited Partnership.

Dated this 10 day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/*Alyson J. Dykes*
　　　　　　　　　　　　　　　　　　　　　　Alyson J. Dykes
　　　　　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
　　　　　　　　　　　　　　　　　　　　　　4740 Green River Road, Suite 206
　　　　　　　　　　　　　　　　　　　　　　Corona, CA 92880
　　　　　　　　　　　　　　　　　　　　　　Email: AlysonD@jlohman.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**